UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JENIFER HADLEY,

      Plaintiff,

v.                                          Case No: 5:13-cv-593-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Jenifer Hadley's appeal of an administrative decision denying her application for Disability Insurance Benefits and Supplemental Social Security Benefits. (*See* Doc. 1; Doc. 18) On December 19, 2014, Magistrate Judge Philip R. Lammens entered a report and recommendation regarding same (Doc. 20), to which neither party filed a timely objection.[1] Having reviewed the Report and Recommendation (Doc. 20) and there being no objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this _22_ day of January, 2015.

                                                    G. KENDALL SHARP
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

---

[1] On December 23, 2014, Hadley filed a Motion for Extension of Time to File Objections to the Report & Recommendation (Doc. 21). On December 24, 2014, Magistrate Lammens granted Hadley's motion and extended the objections deadline to January 9, 2015 (Doc. 21). However, neither party has filed an objection as of the date of this order.